# Third District Court of Appeal

## State of Florida

Opinion filed January 4, 2017.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D16-2074
Lower Tribunal No. 09-5156
_____

**Justo Manuel Garcia,**
Appellant,

vs.

**Lirda L. Rivera,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Maria Elena Verde, Judge.

Lucia C. Pineiro; Greene Smith, P.A., and Cynthia L. Greene, for appellant.

Abramowitz and Associates, and Evan L. Abramowitz, for appellee.

Before WELLS, LOGUE and SCALES, JJ.

PER CURIAM.

Appellant Justo Manuel Garcia appeals the trial court's "Order Granting Mother's Petition for Relocation with Minor Child," granting relocation pursuant

to section 61.13001 of the Florida Statutes. We affirm because we conclude that the trial court did not abuse its discretion. <u>Essex v. Davis</u>, 116 So. 3d 445, 447 (Fla. 4th DCA 2012).

Dr. Garcia raises the issue on appeal – and Appellee Lirda L. Rivera concedes – that the trial court should receive evidence of Garcia's financial ability to pay costs associated with both his son's school tuition and transportation to and from New York, as part of the broader issue of child support. The trial court did not order Dr. Garcia to pay such tuition or transportation costs, but merely discussed his capacity to do so. Accordingly, we remand this portion of the case to the trial court for additional financial findings.

Affirmed; remanded with instructions.